

FILED
CLERK, U.S. DISTRICT COURT
06/16/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | cr22-4043    5:22-mj-00388 |
| v. | |
| Socorro CEBREROS | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Grand Jury Action
in the Northern District of Iowa on 6/7/2022
at n/a ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 & 21 U.S.C., Section(s) 2 & 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 846, a
to wit: n/a

A warrant for defendant's arrest was issued by: Northern District of Iowa

Bond of $ n/a was ☐ set / ☐ recommended.

Type of Bond: n/a

Relevant document(s) on hand (attach): n/a

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/15/22
                 Date

_____          Jose Hogue & Ryan Brandt
Signature of Agent                  Print Name of Agent


DEA/USPIS                           TFO/Postal Inspector
Agency                              Title

CR-52 (03/20)                 DECLARATION RE OUT-OF-DISTRICT WARRANT